No. 213, Misc. FRAZIER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari granted. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for the United States.

No. 576. STANDARD OIL Co. (NEW JERSEY) ET AL. *v.* CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN ; and
No. 641. CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* STANDARD OIL Co. (NEW JERSEY) ET AL. C. C. A. 2d. Certiorari denied. *John W. Davis* and *Theodore S. Kenyon* for petitioners in No. 576 and respondents in No. 641. *Solicitor General Perlman* for respondent in No. 576 and petitioner in No. 641. With him on the brief in No. 576 were *Assistant Attorney General Bazelon, Max Isenbergh* and *James L. Morrisson.* Reported below: 163 F. 2d 917.

No. 632. BROWN *v.* UNITED STATES ET AL. C. C. A. 3d. Certiorari denied. *Saul J. Zucker* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Liftin* for the United States.

No. 633. KANSAS CITY SOUTHERN RAILWAY Co. *v.* COOK, COMMISSIONER OF REVENUE. Supreme Court of Arkansas. Certiorari denied. *Joseph R. Brown* for petitioner.

No. 638. MELLON *v.* UNITED STATES. C. C. A. 2d. Certiorari denied. *Louis Halle* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn,*

874

*Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 652. EDGERTON *v.* KINGSLAND, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia. Certiorari denied. *David Rines* and *Frank W. Dahn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Alvin O. West* and *W. W. Cochran* for respondent.

No. 653. RUSSELL BOX CO. *v.* GRANT PAPER BOX CO. C. C. A. 1st. Certiorari denied. *Herbert A. Baker* for petitioner. *William H. Parmelee* and *Hector M. Holmes* for respondent.

No. 654. NATIONAL NUGRAPE CO. *v.* GUEST, DOING BUSINESS AS TOT BEVERAGE CO. AND TRUEGRAPE CO. C. C. A. 10th. Certiorari denied. *Ernest P. Rogers* for petitioner. *F. M. Dudley* for respondent.

No. 656. BLOOM ET AL. *v.* RYAN. Supreme Court of Montana. Certiorari denied. *S. P. Wilson* for petitioners. *Walter L. Pope* for respondent.

No. 658. CANISTER COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 3d. Certiorari denied. *Weston Vernon, Jr.* and *Clarence E. Dawson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *L. W. Post* for respondent.

No. 659. BERNARD G. BRENNAN CO. *v.* UNITED STATES. C. C. A. 7th. Certiorari denied. *William R. Brown* for